No. 04–120. PARKER v. FLORIDA. Sup. Ct. Fla. Certiorari denied. ·

No. 04–126. ILLINOIS v. BRAGGS. Sup. Ct. Ill. Certiorari denied.

No. 04–256. ASIKA v. ASHCROFT, ATTORNEY GENERAL. C. A. 4th Cir. Certiorari denied.

No. 04–301. OFFICE OF THE COMMISSIONER OF BASEBALL ET AL. v. MAJOR LEAGUE UMPIRES ASSN. ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–318. POOLE v. FAMILY COURT OF NEW CASTLE COUNTY ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–356. EGERVARY v. YOUNG ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–381. SHEN v. T. D. WATERHOUSE INVESTOR SERVICE, INC. C. A. 1st Cir. Certiorari denied.

No. 04–389. MAYNARD v. NYGREN, SHERIFF, McHENRY COUNTY, ILLINOIS. C. A. 7th Cir. Certiorari denied.

No. 04–392. PALCKO v. AIRBORNE EXPRESS, INC. C. A. 3d Cir. Certiorari denied.

No. 04–397. FORMER EMPLOYEES OF MARATHON ASHLAND PIPE LINE, LLC v. CHAO, SECRETARY OF LABOR. C. A. Fed. Cir. Certiorari denied.

No. 04–398. GLUKOWSKY v. EQUITY ONE, INC. Sup. Ct. N. J. Certiorari denied.

No. 04–405. HUDSON v. METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE. Ct. App. Tenn. Certiorari denied.